[No. 47735-1-II.   Division Two.   June 1, 2016.]

THE CITY OF LONGVIEW, *Respondent*, v. MARK REYES, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-1-01448-9, Stephen M. Warning, J., entered June 3, 2015. *Reversed* and *remanded* by unpublished opinion per Johanson, J., concurred in by Lee and Sutton, JJ.

[No. 47839-1-II.   Division Two.   June 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY TRAUMAYNE LAFROMBOIS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-1-00741-6, Anna M. Laurie, J., entered June 26, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Melnick, J.

[No. 48269-0-II.   Division Two.   June 1, 2016.]

*In the Matter of the Personal Restraint of* PETER A. VAN AUKEN, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded with instructions* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Johanson, JJ.

[No. 33021-4-III.   Division Three.   June 2, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRIS LITO, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-01377-1, Harold D. Clarke III, J., entered December 16, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.